RECEIVED
IN LAKE CHARLES, LA

MAY - 1 2007



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT L. CRAFT** | : | **DOCKET NO. 2:07 CV 318** |
| VS. | : | **JUDGE MINALDI** |
| **CITY OF LEESVILLE AND KENNETH OWERS** | : | **MAGISTRATE JUDGE WILSON** |

### ORDER

Having considered the foregoing,

IT IS ORDERED, that the Joint Motion to Remand [doc. 5] is GRANTED and the above-captioned matter is hereby REMANDED to the 30th Judicial District Court, Parish of Vernon, State of Louisiana.

Lake Charles, Louisiana, this ___1___ day of ~~April~~ May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT